AO 240 (DELAWARE REV 7/00)

# UNITED STATES DISTRICT COURT
## DISTRICT OF DELAWARE

*Anson I. Gibbs, Sr.,*
Plaintiff

v.

*Sue L. Robinson, Et Al.,*
Defendant(s)

APPLICATION TO PROCEED
WITHOUT PREPAYMENT OF
FEES AND AFFIDAVIT

CASE NUMBER: 08 - 480

I, *Anson I. Gibbs, Sr.* _____ declare that I am the (check appropriate box)
☒ **Petitioner/Plaintiff/Movant** ☐ **Other** in the above-entitled proceeding; that in support of my request to proceed without prepayment of fees or costs under 28 USC §1915, I declare that I am unable to pay the costs of these proceedings and that I am entitled to the relief sought in the complaint/petition/motion.

In support of this application, I answer the following questions under penalty of perjury:

1. Are you currently incarcerated? ☒ Yes ☐ No (If "No" go to Question 2)

    If "YES" state the place of your incarceration

    Are you employed at the institution?   ☐ Yes ☒ No

    Do you receive any payment from the institution?   ☐ Yes ☒ No

    *Have the institution fill out the certificate portion of this affidavit and attach a ledger sheet from the institution(s) of your incarceration showing at least the past SIX months' transactions.  Ledger sheets are not required for cases filed pursuant to 28:USC §2254.*

2. Are you currently employed? ☐ Yes ☒ No

    a. If the answer is "YES" state the amount of your take-home salary or wages and pay period and give the name and address of your employer.

    b. If the answer is "NO" state the date of your last employment, the amount of your take-home salary or wages and pay period and the name and address of your last employer.   *N/A*

3. In the past 12 twelve months have you received any money from any of the following sources?

    | | | |
    |---|---|---|
    | a. | Business, profession or other self-employment | ☐ Yes ☒ No |
    | b. | Rent payments, interest or dividends | ☐ Yes ☒ No |
    | c. | Pensions, annuities or life insurance payments | ☐ Yes ☒ No |
    | d. | Disability or workers compensation payments | ☐ Yes ☒ No |
    | e. | Gifts or inheritances | ☐ Yes ☒ No |
    | f. | Any other sources | ☐ Yes ☒ No |

    If the answer to any of the above is "YES" describe each source of money and state the amount received *AND* what you expect you will continue to receive.

FILED
AUG - 1 2008
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

4. Do you have any cash or checking or savings accounts?   ☐ Yes  ☒ No

   If "Yes" state the total amount  $ _____0_____

5. Do you own any real estate, stocks, bonds, securities, other financial instruments, automobiles or other valuable property?    ☐ Yes  ☒ No

   If "Yes" describe the property and state its value.   N/A

6. List the persons who are dependent on you for support, state your relationship to each person and indicate how much you contribute to their support, OR state NONE if applicable.  N/A

   I declare under penalty of perjury that the above information is true and correct.

   Date: _____    Signature of Applicant _____Chism J. Gibbs_____

# DELAWARE CORRECTIONAL CENTER
# SUPPORT SERVICES OFFICE
# MEMORANDUM

TO:      Arson I Gibbs Jr.     SBI#: 066982

FROM:    Stacy Shane, Support Services Secretary

RE:      **6 Months Account Statement**

DATE:    7/23/08

**FILED**
AUG - 1 2008
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

Attached are copies of your inmate account statement for the months of
January 1, 2008 to June 30, 2008.

The following indicates the average daily balances.

| MONTH | AVERAGE DAILY BALANCE |
|---|---|
| JAN | $6.45 |
| Feb | .00 |
| Mar | .00 |
| Apr | .00 |
| May | .00 |
| Jun | .00 |

Average daily balances/6 months: $1.08

Attachments
CC: File

Mercedes Vallin
7/23/08

Jeanette S Hav
7/23/08

# CERTIFICATE
(Incarcerated applicants only)
*(To be completed by the institution of incarceration)*

I certify that the applicant named herein has the sum of $ __.00__ on account his/her credit at (name of institution) __James T Vaughn Correctional Center__.

I further certify that the applicant has the following securities to his/her credit: __0__
_____.

I further certify that during the past six months the applicant's average monthly balance was $ __$1.08__

and the average monthly deposits were $ __.00__

__7/23/08__                    __Mercedes Vallin__
Date                           Signature of Authorized Officer

*(NOTE THE REQUIREMENT IN ITEM 1 FOR THE INMATE TO OBTAIN AND ATTACH LEDGER SHEETS OF ACCOUNT TRANSACTIONS OVER THE PAST SIX MONTH PERIOD. LEDGER SHEETS ARE NOT REQUIRED FOR CASES FILED PURSUANT TO 28:USC §2254)*

# Certificate of Service

I, _Aeson I. Gibbs, Sr._, hereby certify that I have served a true and correct cop(ies) of the attached: _Civil Action Complaint (Bivens Action)_ upon the following parties/person (s):

TO: U.S. Dept. of Justice
Criminal Division
950 Pennsylvania, Ave. N.W.
Washington, D.C. 20530-0001

TO: U.S. Solicitor General
Department of Justice
Room 5614
950 Pennsylvania, Ave. NW
Washington, D.C. 20530-0001

TO: _____

TO: _____

**BY PLACING SAME IN A SEALED ENVELOPE** and depositing same in the United States Mail at the Delaware Correctional Center, 1181 Paddock Road, Smyrna, DE 19977.

On this _30_ day of _July 2008_,

_Aeson I. Gibbs, Sr._