In The United States District Court
For The District of Delaware

Anson I. Gibbs, Sr.,

    Plaintiff,

v.

Sue L. Robinson, et al,

    Defendants.

Civ. Act. No. 08-480-GMS



## Supplemental Motion To Add New Defendant

The plaintiff, Anson I. Gibbs, Sr., presents this supplemental motion under the doctrine of "Respondeat Superior" pursuant to Rules of the United States Supreme Court, Rule 45.1 and Article II, Section 3 of the Constitution of the United States. To add, George W. Bush, Jr., President of the United States as a defendant in this civil action. The following is submitted in support of this motion.

1). The United States Supreme Court in <u>Nixon v. Fitzgerald</u>, 457 U.S. 731, 750, 754 (1982) stated that under the Constitution of the United States the President is entitled to absolute immunity from private suits for damages based on the President's officials acts.

2). In <u>Schever v. Rhodes</u>, 416 U.S. 232, 247-248 (1974), <u>Butz v. Economou</u>, 438 U.S. 478, 507 (1978), a suit for damages arising from unconstitutional action, Federal executive officials exercing discretion are entitled only to qualified immunity as set forth in <u>Schever</u>. That the circumstances vary depending upon the scope of discretion and responsibilities as they reasonably appeared at the time of the action

on which liability is sought to be founded.

3). That under <u>Butz</u>, the holdings set forth in <u>Scheuer</u> applies to federal and State officials alike. When in the exercise of a discretionary function a federal official violates a person's constitutional rights, they are subject to liability, and if a federal official violates clearly established law, they are stripped of immunity, as well as when enforcing an unconstitutional statute or consenting to same. <u>Harlow V. Fitzgerald</u>, 457 U.S. 800 (1982); <u>Ex parte Young</u>, 209 U.S. 123, 28 S.Ct. 441, 52 L.Ed. 2d 895 (1908).

4). In scope of United States Supreme Court Rule 45.1 ("Defendant Bush") under the doctrine of "Respondeat Superior" had a responsibility and obligation to protect

3

the rights of the plaintiff, especially, after being put on notice that unconstitutional acts were being perpetrated by his subordinates against the plaintiff. (See attached Exhibits A and B).

5) That ("Defendant Bush's") actions for failure to intervene and stop the (indicated personal vendetta of Constitutional violations against the plaintiff's person for consistently trying to enforce his Constitutional rights through the Courts) violates clearly established Constitutional Law (U.S.C.A. Const. Art. II, sec. 3, and U.S.C.A. Const. Amend. I, V, VIII and XIV) and is liable under paragraphs (41) thru (47) and (51) thru (64) of original complaint and for the relief demanded.

6). If ("Defendant Bush") had been acting in his official capacity when put on notice that unconstitutional acts were being committed against plaintiff's person there would have been no reason for the filing of this Motion, but, because ("Defendant Bush") acted in his personal capacity by doing nothing to prevent ongoing violations of plaintiff's Constitutional rights, after being put on notice, he is stripped of his immunity as set forth in <u>Butz</u> and <u>Ex parte Young</u> and is subject to liability just as any other Federal official would be, under similar circumstances.

Wherefore: The plaintiff pray that the Court will grant Motion to add new defendant.

Dated: August 25, 2008

Plaintiff,
Anson L. Gibbs, Sr.

5.

To: Mr. George W. Bush
President Of The United States
The White House, Pennsylvania Ave.
Washington, D.C. 20544/20543.

From: Anson F. Gibbs, Sr., SBI #316982
1181 Paddock Road
Smyrna, Delaware 19977.
SHU-Bldg. #19-DL-11

Dated: October 3, 2007

Re: United States Constitution- Ratified By State
    Of Delaware.

Dear Mr. President, Greetings:

    I find it necessary to expedite this letter to your office to seek your help concerning the following matter, due to the District Court of Delaware and the Third Circuit Court of Appeals refusal to grant any type of relief, and the refusal of the United States Supreme Court to forward to me a Form that I may file a Writ of Certiorari.

(Exhibit-A)

I am requesting that officers of the United States Attorney General Office be commissioned to investigate judges of the Federal judiciary for willful misapplication of standard precedents in Case # 07-9015 of the Supreme Court of the United States, in concert with Case # 07-2944 of the United State Third Circuit Court of Appeals, and Case # 06-296-SLR of the United States District Court of Delaware. That no one throughout the judicial process refuted the claims, to prove them to be false, while before the Courts judicial inquiry.

That the nonenforcement of standard precedents in the above referenced cases, denied me access to the Courts, equal protection and due process of law, as guaranteed under the Constitution of the United States. U.S.C.A. Const. Amend. I, ~~V~~ and ~~XIV~~.

Investigation of the record will certainly show that a manifest injustice has been committed. Your prompt attention concerning this matter is warranted in the interest of justice.

Copy sent to justices
of each Court,
Attorney General Office, U.S.
United States Congress.

Respectfully Submitted,
Ausom I. Gibbs, Sr.

To: George W. Bush, Commander and Chief
President of The United States
The White House
16 Pennsylvania Avenue
Washington, D.C. 20500

From: Apson I. Gibbs, Sr., SBI #066982
1181 Paddock Road
Smyrna, Delaware 19977.
MHU-Bldg. #23-A-L-6

Dated: May 23, 2008

Re: Judicial Misconduct of The Federal Judiciary System

Dear Mr. President:

    This letter is being submitted in reference to rules of the Supreme Court of the United States, Rule 45.1. "All process of this Court issues in the name of the President of the United States." Also, under United States Constitution Article II, section 3. "He (the President of the United States) shall take care that the laws be faithfully executed, and shall commission all the officers of the United States."

(Exhibit-B)

The fact of the matter is, the government officials of the State of Delaware, (Governor and Legislators), has resurrected the "Black Codes" as enacted after the abolishment of slavery in 1865 by numerous States to limit the rights of the newly freed slaves.

Under the guise of 10 Del. C. Subsec. 6902(1), they have knowingly and intentionally notified, altered and changed United States Constitution Article I, Sec. 9, Cls. 2, to limit the rights of all people of color within the jurisdiction of the State of Delaware. (See Del. Const. Art. XV, Sec. 9; U.S.C.A. Const. Art. I).

However: What this does under the present notification of U.S.C.A. Const. Art. I, Sec. 9, Cls. 2 by the State of Delaware, is, it shuts the door and leaves no exit for a speedy release of individuals who are illegally detained and physically restrained of their liberty on felony charges.

My question to you Mr. President is, can you do anything to help rescue the rest of society from this nefarious evil and wicked act of State government. I remain,

Respectfully Submitted,
Orson I. Gibbs

# CERTIFICATE OF SERVICE

I, _Anson I. Gibbs, Sr._,
(name)

hereby certify that two copies of the
_Supplemental Motion To Add New Defendant_
(title of document)

were served by hand delivery/first class mail on this _25th_ day of
(circle the appropriate choice)

_August_, _2008_ upon the following
(month) (year)

person(s): Attorney General
U.S. Dept. of Justice
Criminal Division
950 Pennsylvania, Ave. N.W.
Washington, DC 20530-0001.

U.S. Solicitor General
Depart. of Justice, Room 5614
950 Pennsylvania, Ave. N.W.
Washington, DC 20530-0001.

Date: _8-25-08_

_Anson I. Gibbs, Sr._
(signature)



IM Anson I. Gibbs, Sr.
SBI# 261982    UNIT MHU-Bldg #23-A-L-2
JAMES T. VAUGHN CORRECTIONAL CENTER
1181 PADDOCK ROAD
SMYRNA, DELAWARE 19977

Legal Mail

To: Clerk of The Court
U.S. District Court LB 18
844 N. King Street
Wilmington, Delaware
19801.